IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL N. SCOTT,

    Plaintiff,

v.                                  CASE NO.: 4:08cv525-SPM/WCS

WALTER A. MCNEIL,

    Defendant.
_____/

## ORDER DENYING MOTION TO STOP CHARGING FILING FEE

This cause comes before the Court on Plaintiff's letter to the clerk dated February 27, 2011, which has been treated as a motion to stop double charging for filing fees. Doc. 18. The letter was filed in this case and Plaintiff's other case, before Judge Paul, because Plaintiff included both case numbers on his letter.

As explained by Senior Judge Paul in his order (doc. 112), the magistrate judge's order fully addressed this issue. Both filing fees are appropriately charged because Plaintiff filed two cases. Accordingly, it is

ORDERED AND ADJUDGED: the motion (doc. 18) is denied.

DONE AND ORDERED this 6th day of April, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge